IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:93CR27 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for reconsideration and motion to dismiss (Filing No. 729). The government essentially moves to dismiss the amended petition for offender under supervision (Filing No. 629). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the amended petition for offender under supervision is dismissed.

DATED this 10th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court